**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11/08/19
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-cr-00466-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZACHARY MCKENSLEY,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about October 14, 2019, in the State and District of Colorado and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, the defendant, Zachary McKensley, an Indian, did willfully and maliciously set fire to and burn a dwelling, namely a house located at 811 Chief Ignacio Street, Towaoc, Colorado;

All in violation of Title 18, United States Code, Sections 81 and 1153.

## **COUNT 2**

On or about October 14, 2019, in the State and District of Colorado and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, the defendant, Zachary McKensley, an Indian, did knowingly assault S.E. with a dangerous weapon by spraying S.E. in the face and body with lighter fluid and setting the fluid on fire with intent to do bodily harm;

All in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL

"Ink signature on file in Clerk's Office"
FOREPERSON

JASON R. DUNN
United States Attorney

s/ Jeffrey K. Graves
JEFFREY K. GRAVES
Assistant United States Attorney
United States Attorney's Office
103 Sheppard Dr., Suite 215
Durango, Colorado 81303
Telephone:  (970) 247-1514
Fax:  (970) 247-8619
E-mail:  jeffrey.graves@usdoj.gov